

## APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: _Clarence Shedd_

(Please print)

STREET ADDRESS: _1010 W. 18th Street_

CITY/STATE/ZIP: _Broadview IL 60155_

PHONE NUMBER: _(708) 343-6844_

CASE NUMBER:

**08CV1913**
**JUDGE GETTLEMAN**
**MAG. JUDGE COX**

_Clarence Shedd_
Signature

_April 3, 2008_
Date

# FILED

APR 0 3 2008 TC
Apr 3. 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT