UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

**FILED**
APR 03 2008 TC
Apr 3, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

_Chance Shadd_
Plaintiff

IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT

v.

_1550 N. Lake Shore Drive Condos_ CASE NUMBER
Defendant(s)

08CV1913
JUDGE GETTLEMAN
MAG. JUDGE COX

JUDGE _____

Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:

I, _Chance Shadd_, declare that I am the ☒plaintiff ☐petitioner ☐movant (other _____) in the above-entitled case. This affidavit constitutes my application ☒ to proceed without full prepayment of fees, or ☒ in support of my motion for appointment of counsel, or ☒ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?        ☐Yes   ☐No   (If "No," go to Question 2)
   I.D. # _____ Name of prison or jail: _____
   Do you receive any payment from the institution? ☐Yes ☐No  Monthly amount: _____

2. Are you currently employed?   ☐Yes   ☒No
   Monthly salary or wages: _____
   Name and address of employer: _____

   a. If the answer is "No":
      Date of last employment: _Jan 2007_
      Monthly salary or wages: $800
      Name and address of last employer: _Bodnar Back Foods Service_
      _10220 S. 76th Ave Bridgeview IL 60455_

   b. Are you married?   ☐Yes   ☒No
      Spouse's monthly salary or wages: _____
      Name and address of employer: _____

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same address received more than $200 from any of the following sources? Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.

   a. Salary or wages                                    ☒Yes   ☐No
      Amount _5046_   Received by _____

   b. ☐ Business, ☐ profession or ☐ other self-employment   ☐Yes   ☐No

(Guide to Civil Cases for Litigants Without Lawyers: Page 40)

Amount_____ Received by_____

c. ☐ Rent payments, ☐ interest or ☐ dividends  ☐Yes  ☐No
Amount_____ Received by_____

d. ☒ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
☐Yes  ☐No
Amount $5096_____ Received by_____

e. ☐ Gifts or ☐ inheritances  ☐Yes  ☐No
Amount_____ Received by_____

f. ☐ Any other sources (state source:_____)  ☐Yes  ☐No
Amount_____ Received by_____

4. Do you or anyone else living at the same address have more than $200 in cash or checking or savings accounts?  ☐Yes  ☒No  Total amount:_____
In whose name held:_____ Relationship to you:_____

5. Do you or anyone else living at the same address own any stocks, bonds, securities or other financial instruments?  ☐Yes  ☒No
Property:_____ Current Value:_____
In whose name held:_____ Relationship to you:_____

6. Do you or anyone else living at the same address own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)?  ☐Yes  ☒No
Address of property:_____
Type of property:_____ Current value:_____
In whose name held:_____ Relationship to you:_____
Amount of monthly mortgage or loan payments:_____
Name of person making payments:_____

7. Do you or anyone else living at the same address own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?  ☒Yes  ☐No
Property: Car
Current value: 2000
In whose name held: Clarance Chadd  Relationship to you:_____

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☒No dependents
_____