| U.S. Department of Justice <br> United States Marshals Service | PROCESS RECEIPT AND RETURN <br> See Instructions for "Service of Process by the U.S. Marshal" <br> on the reverse of this form. |
|---|---|

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Clarence Shedd | 08C1913   08cv1913 |
| DEFENDANT | TYPE OF PROCESS |
| 1550 N. Lakeshore Condo Asscn., et al | S/C |

| SERVE | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| | Janet Hope |
| AT | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) |
| | 854 N. Jay Street, Griffith, Ind 46319 |

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Clarence Shedd
1010 W. 18th Street
Broadview, IL 60155

| Number of process to be served with this Form - 285 | 1 |
|---|---|
| Number of parties to be served in this case | 6 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Sudler Management
875 N. Michigan Ave
Chicago, ILL 60611     #2600

**FILED**
JUN 0 4 2008 TC
6-4-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Signature of Attorney or other Originator requesting service on behalf of:  [X] PLAINTIFF  [ ] DEFENDANT

*Clarence Shedd*    TELEPHONE NUMBER    DATE: 04-28-08

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process: 4 of 6 | District of Origin No. 24 | District to Serve No. B27 | Signature of Authorized USMS Deputy or Clerk | Td | Date 04-28-08 |
|---|---|---|---|---|---|---|

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [X] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):
Regina Hope (Daughter)

[X] A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):

Date of Service: 22/May/08     Time: 7:00 [X] am [ ] pm

Signature of U.S. Marshal or Deputy: *Ed Payne* DUSM

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $45.00 | 20 miles x 50/2¢   $10.10 | 8.00 | $55.70  $63.10 | | | |

REMARKS:
Service was made on 22/May/08 at the address above. Regina Hope indicated that her mother Janet Hope was home, but was in the getting ready for work. Regina Hope excepted service.

| PRIOR EDITIONS MAY BE USED | 1. CLERK OF THE COURT | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|