# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                        Case Number: 08CV1913

CLARENCE SHEDD
v.
1550 N. LAKESHORE CONDO ASSOCIATION ET AL.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

1550 N. LAKESHORE CONDO ASSOCIATION

| | |
|---|---|
| **NAME (Type or print)** <br> MARK D. ROTH | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically) <br> s/ MARK D. ROTH | |
| **FIRM** <br> ORUM & ROTH, LLC | |
| **STREET ADDRESS** <br> 53 W. JACKSON BOULEVARD, SUITE 1616 | |
| **CITY/STATE/ZIP** <br> CHICAGO, IL 60604 | |
| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)** <br> 6196815 | **TELEPHONE NUMBER** <br> 312-922-6262 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐