THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Clarence Shedd,<br><br>                    Plaintiff,<br><br>vs.<br><br>1550 N. Lakeshore Condo Association,<br>Richard Condon,<br>Ruby Levy,<br>Janet Hope,<br>Thomas Engblom and<br>Fari Harandi<br>                    Defendants. | 08 CV 1913<br><br>Judge Gettleman<br>Magistrate Judge Cox<br><br>JURY TRIAL DEMANDED |

**NOTICE OF MOTION**

      PLEASE TAKE NOTICE that on Wednesday, June 25, 2008, at 9:15 a.m., or as soon thereafter as counsel may be heard, the undersigned counsel will appear before Judge Robert Gettleman or any other Judge sitting in his place and stead, at the United States District Courthouse, 219 South Dearborn Street, Room 1703, Chicago, Illinois, and then and there present the accompanying **MOTION FOR EXTENSION OF TIME TO ANSWER OR PLEAD TO COMPLAINT**, a copy of which is hereby being served upon you.

                                                                                              /s/ Mark D. Roth

**PROOF OF SERVICE**

      I, Mark D. Roth, an attorney, certify that I served **MOTION FOR EXTENSION OF TIME TO ANSWER OR PLEAD TO COMPLAINT** via ECF notification to counsels of record on June 19, 2008.

                                                                                              /s/ Mark D. Roth

Mark D. Roth
ORUM & ROTH, LLC
53 W. Jackson Blvd., Suite 1616
Chicago, Illinois 60604
(312) 922-6262