## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of  
CLARENCE SHEDD  
v.  
1550 N. LAKESHORE CONDO ASSOCIATION ET AL.

Case Number: 08CV1913

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:  
JANET HOPE

| | |
|---|---|
| NAME (Type or print) | |
| MARK D. ROTH | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Mark D. Roth | |
| FIRM | |
| ORUM & ROTH, LLC | |
| STREET ADDRESS | |
| 53 W. JACKSON BLVD., STE. 1616 | |
| CITY/STATE/ZIP | |
| CHICAGO, ILLINOIS 60604 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6196815 | 312-922-6262 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |