THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Clarence Shedd,<br>      Plaintiff,<br><br>vs.<br><br>1550 N. Lakeshore Condo Association,<br>Richard Condon,<br>Ruby Levy,<br>Janet Hope,<br>Thomas Engblom and<br>Fari Harandi<br>      Defendants. | 08 CV 1913<br><br>Judge Gettleman<br>Magistrate Judge Cox<br><br><br>JURY TRIAL DEMANDED |

## MOTION FOR EXTENSION OF TIME TO ANSWER OR PLEAD TO COMPLAINT

Now comes the Defendant, 1550 N. Lakeshore Condominium Association, through its attorneys in this matter, Mark Roth and Beata Bukranova of Orum & Roth, LLC, and requests that this Court grant the Defendant an additional 21 days until July 14, 2008 within which to file an answer or other pleading responsive to the complaint. In support, Defendant states:

The Defendant on this matter was served with process on June 3, 2008. The Defendant's answer or other responsive pleading is accordingly due on June 23, 2008.

The complaint itself references as a predicate to invoking this Court's jurisdiction two charges of discrimination, both of which were filed with the City of Chicago Commission on Human Relations. The first was filed on July 19, 2001. The second was filed on November 19, 2003. Plaintiff claims that his acts of filing those charges of discrimination constitute the basis for the Plaintiff's right to bring this lawsuit.

The Defendant needs to obtain full copies of those charges of discrimination. It is the Defendant's recollection that those charges were dismissed, and the time to file any action based on those actions has long since passed. Further, the Defendant's counsel needs to obtain information from several of the co-defendants, who are no longer either living at the condominium building or associated with the management company that managed the building at the time of the occurrences alleged in the complaint. This due diligence would be necessary for the Defendant to properly answer the complaint at issue.

The Defendant accordingly requests an additional 21 days until July 14, 2008 within which to file its answer or other pleading responsive to the complaint. Defendant also requests any and other further relief which this Court deems just.

WHEREFORE, the Defendant, 1550 N. Lakeshore Condominium Association, requests that this Court enter an order granting it an additional 21 days until July 14, 2008 within which to file its answer or other pleading responsive to the complaint. Defendant also requests such other and further relief as this Court deems just.

Respectfully submitted,

/s/ Mark D. Roth

Attorney for 1550 N. Lakeshore Condo Association

Mark D. Roth
Beata Bukranova
ORUM & ROTH
53 W. Jackson Boulevard, Suite 1616
Chicago, IL 60604
312.922.6262