# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Clarence Shedd

                              Plaintiff,

v.

                              Case No.: 1:08−cv−01913

                              Honorable Robert W. Gettleman

1550 N. Lakeshore Condo Association, et al.

                              Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Wednesday, June 25, 2008:

      MINUTE entry before the Honorable Robert W. Gettleman: Motions for extension of time [12] [16] [18] are granted. Defendants are given to 7/14/2008 to answer or otherwise plead. Mailed notice (gds, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.