THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Clarence Shedd,<br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>1550 N. Lakeshore Condo Association,<br>Richard Condon,<br>Ruby Levy,<br>Janet Hope,<br>Thomas Engblom and<br>Fari Harandi<br>　　　　　　　　Defendants. | 08 CV 1913<br><br>Judge Gettleman<br>Magistrate Judge Cox<br><br><br>JURY TRIAL DEMANDED |

## MOTION FOR EXTENSION OF TIME TO ANSWER OR PLEAD TO COMPLAINT

Now comes the Defendant, Janet Hope, through her attorneys, Mark Roth and Beata Bukranova of Orum & Roth, LLC, and for her Motion for Extension of Time to File an Answer or Other Pleading Responsive to the Complaint states as follows:

The undersigning law firm was just retained to represent Ms. Hope in this litigation. The firm is also representing 1550 N. Lakeshore Condominium Association in this case.

Counsel for Ms. Hope and the Association has previously filed a motion requesting an extension for the Association to file its answer or other pleading responsive to the complaint on or before July 14, 2008. Counsel for Ms. Hope in this action also requests that this Court grant it an extension to July 14, 2008 to file its answer or other pleading responsive to the complaint. Counsel for Ms. Hope was just retained and needs additional time to discuss the allegations with Ms. Hope and formulate an appropriate pleading responsive to the complaint.

In addition, Defendant requests that this Court enter an Order vacating any and all technical or other defaults.

WHEREFORE, the Defendant, Janet Hope, requests that this Court enter an order granting Ms. Hope an extension to July 14, 2008 to file a pleading responsive to the complaint, and also requests that this Court vacate any and all defaults, technical or otherwise, and for such other and further relief as this Court deems just.

Respectfully submitted,

/s/ Mark D. Roth

Attorney for Janet Hope

Mark D. Roth
Beata Bukranova
ORUM & ROTH
53 W. Jackson Boulevard, Suite 1616
Chicago, IL 60604
312.922.6262