# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Clarence Shedd

                                          Plaintiff,

v.                                                                   Case No.: 1:08−cv−01913

                                                                 Honorable Robert W. Gettleman

1550 N. Lakeshore Condo Association, et al.

                                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 9, 2008:

      MINUTE entry before the Honorable Robert W. Gettleman: Motion for extension of time to answer [20] is denied; Motion to dismiss [21] is stricken. Motion hearing held on 7/9/2008 regarding motion to dismiss, [21]. Status hearing set for 7/23/2008 at 09:00 a.m. Mailed notice (gds, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.