THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION



**Clarence Shedd,**

                **Plaintiff,**

vs.

**1550 N. Lakeshore Condo Association,**
**Richard Condon,**
**Ruby Levy,**
**Janet Hope,**
**Thomas Engblom and**
**Fari Harandi**

                **Defendants.**

08 CV 1913

JUDGE ROBERT W. GETTLEMAN

MAGISTRATE JUDGE COX

JURY TRIAL DEMANDED

### PLAINTIFF'S RESPONSE BRIEF

    Now comes Plaintiff, Clarence Shedd (Pro Se), requesting that this court deny Defendants motion to dismiss. Plaintiff states as follows:

    42 U.S.C. 1981 does not require a charge filing to claim race discrimination and retaliation. See CBOCS West, Inc. vs. Humphries (06-1431). Employee can state a claim for retaliation under 42 USC Section 1981.

1

WHEREFORE, Plaintiff Clarence Shedd (Pro Se) request that this Court deny Defendant's motion to dismiss.

Respectfully Submitted,<br>
Clarence Shedd,<br>
Plaintiff.<br>
<br>
By: _____<br>
Pro Se

Clarence Shedd
1010 W. 18th Street
Broadview, Illinois 60155
(708)343-6844 or(708)3346844
csevillests@aol.com

2

THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **Clarence Shedd,**<br><br>　　　　　　　　**Plaintiff,**<br><br>vs.<br><br>**1550 N. Lakeshore Condo Association,**<br>**Richard Condon,**<br>**Ruby Levy,**<br>**Janet Hope,**<br>**Thomas Engblom and**<br>**Fari Harandi**<br><br>　　　　　　　　**Defendants.** | 08 CV 1913<br><br>JUDGE ROBERT W. GETTLEMAN<br><br>MAGISTRATE JUDGE COX<br><br>JURY TRIAL DEMANDED |

### PROOF OF SERVICE

I Clarence Shedd (Pro Se) certify that I served "Response Brief" to Defendant's MOTION TO DISMISS. By placing a copy in an envelope with sufficient postage affixed and directed to the persons named on the Motion address indicated, and depositing that envelope in a United States mail box, on July 14, 2008.

　　　　　　　　　　　　　　　　　　　　　　　Clarence Shedd (Pro Se)

Mark D. Roth
Orum & Roth
53 West Jackson Blvd., Suite 1616
Chicago, Illinois 60604
(312) 922-6262

1