IN THE CIRCUIT COURT OF COOK COUNTY
COUNTY DEPARTMENT - CHANCERY DIVISION

| | |
|---|---|
| CLARENCE SHEDD | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No.08-CV-1913 |
| vs | ) |
| | ) Judge Gettlemen |
| 1550 N. LAKE SHORE CONDO ASSOCIATION, | ) Magistrate Judge Cox |
| RICHARD CONDON, RUBY LEVY, JANET HOPE, THOMAS | ) |
| ENGLBLOM, AND FARI HARANDI | ) |
| | ) JURY TRIAL DEMANDED |
| Defendants. | ) |

## NOTICE OF FILING

**TO:**   Clarence Shedd
1010 W. 18th Street
Broadview, IL 60155
(708) 343-6844
csevillests@aol.com

   PLEASE BE ADVISED, that we have on July 31, 2008 caused to be filed with the Clerk of the Circuit Court of Cook County, located in the Richard J. Daley Center, Chicago, Illinois, **Reply to Plaintiffs Response to Defendant Motion to Dismiss Plaintiff's Complaint** a copy of which is attached.

_____
Attorney for Defendants

## PROOF OF SERVICE

   I, Mark Roth, an attorney, certify that I served **Reply to Plaintiffs Response to Defendant Motion to Dismiss Plaintiff's Complaint**, by mailing a copy to counsel of record, by U.S. Mail postage pre-paid on or before 5:00 pm. on July 31, 2008.

_____
Mark D. Roth

Mark D. Roth
ORUM & ROTH, LLC
Attorney No. 37547
53 W. Jackson Blvd., Suite 1616
Chicago, Illinois 60604
(312) 922-6262