| U.S. Department of Justice<br>United States Marshals Service | | | | PROCESS RECEIPT AND RETURN<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. | | |
|---|---|---|---|---|---|---|
| PLAINTIFF<br>Clarence Shedd | | | | | COURT CASE NUMBER<br>08C1913 | |
| DEFENDANT<br>1550 N. Lakeshore Condo Assen., et al | | | | | TYPE OF PROCESS<br>S/C | |

| SERVE → AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| | Thomas Engblom |
| | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)<br>4149 W. 97th Street<br>Oaklawn IL 60453 |

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Clarence Shedd
1010 W. 18th Street
Broadview, IL 60155

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 6 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Thomas Engblom
10051 S. Spaulding
Evergreen Park IL 60805

(312) 209-2623

NO ANSWER

Signature of Attorney or other Originator requesting service on behalf of:  *Clarence Shedd*   XX PLAINTIFF  ☐ DEFENDANT   TELEPHONE NUMBER _____   DATE 04-28-08

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated.<br>(Sign only first USM 285 if more than one USM 285 is submitted) | Total Process<br>5 of 6 | District of Origin<br>No. 24 | District to Serve<br>No. 24 | Signature of Authorized USMS Deputy or Clerk<br>TD | Date<br>04-28-08 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

Name and title of individual served (if not shown above): 

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above): NOT SERVED

FILED JUL 30 2008 JUL 30 2008 TG JUL 30, 2008 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT

Date of Service: 7/22/08   Time: 4:30 pm
Signature of U.S. Marshal or Deputy

| Service Fee<br>144 | Total Mileage Charges (including endeavors)<br>51.41 | Forwarding Fee<br>0 | Total Charges<br>195.41 | Advance Deposit<br>0 | Amount owed to U.S. Marshal<br>195.41 | Amount of Refund<br>0 |
|---|---|---|---|---|---|---|

REMARKS:
① 1 DUSM 36 miles R.T. Oak Lawn address ⎫
② 1 DUSM 36 miles R.T. Evergreen Park address ⎬ 2 hrs. "No one home" PC
③ 1 DUSM 34 miles R/T

PRIOR EDITIONS MAY BE USED     1. CLERK OF THE COURT     FORM USM-285 (Rev. 12/15/80)

## INSTRUCTIONS FOR SERVICE OF
## PROCESS BY THE U.S. MARSHAL

Please type or print legibly, insuring readability of all copies. DO NOT DETACH ANY COPIES.

Submit one complete set of this form (USM-285) and one copy of each writ for each individual, company, corporation, etc., to be served or property to be seized or condemned. The applicable fees for such service(s) (T28, USC Sec. 1921 establishes the fees for service of process by the U.S. Marshal) may be required prior to said service.

For service of any process upon an officer or agent of the United States Government, submit a copy of the writ and a set of Form USM-285 for each officer or agent upon whom service is desired. Submit three (3) additional copies of the writs for service upon the Government of the United States. The U.S. Marshal will serve one (1) upon the U.S. Attorney and will forward two (2) to the Attorney General of the United States. (When the applicable box is checked, completion of the final signature block by the U.S. Marshal or his Deputy always certifies service on the U.S. Attorney and the Attorney General, regardless of whether other defendants on the writ were served.) Failure to provide any of the copies will delay service of the writ.

Complete all entries above the double line. Mark all applicable check boxes and use the "Special Instructions" to advise of any information that will assist the U.S. Marshal in expediting service.

If more than one writ and USM-285 is submitted on a single case, the U.S. Marshal will receipt for all of them on the first USM-285. You will receive for your records the last (No. 5) "Acknowledgment of Receipt" copy for all the USM-285 forms you submit. When the writ is served, you will receive the No. 3 Notice of Service copy. This copy will be identical to the return to the Clerk of the Court.

Upon completion of all services (if the Marshals fees were not requested or tendered in advance or if additional fees are indicated), you will receive a "Billing Statement" (copy 4 of USM-285) from the United States Marshal. (NOTE: Copy 4 should be returned, by you, to the U.S. Marshal, together with your payment of the amount owed.)

Additional supplies of the USM-285 may be obtained from the Clerk of the U.S. District Court or U.S. Marshal, without cost.

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### ALIAS SUMMONS IN A CIVIL CASE

Clarence Shedd

CASE NUMBER: 08cv1913

V.

ASSIGNED JUDGE: GETTLEMAN

1550 N. Lakeshore Condo Association, et al

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Thomas Engblom

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Clarence Shedd
1010 W. 18th Street
Broadview, IL 60155

an answer to the complaint which is herewith served upon you within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

/s/G. Jones                                                    4/23/2008
(By) DEPUTY CLERK                                              DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                    *Date*                *Signature of Server*

                                     _____
                                     *Address of Server*

_____

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Order Form (01/2005)   Case 1:08-cv-01913  Document 6  Filed 04/22/2008  Page 1 of 1

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 C 1913 | DATE | 4/22/2008 |
| CASE TITLE | Clarence Shedd  vs  1550 N. Lakeshore Condo Assen., et el | | |

**DOCKET ENTRY TEXT:**

Plaintiff's in forma pauperis application is granted.     Summons to issue
Plaintiff's motion for appointment of counsel is denied without prejudice to renewal.

[Docketing to mail notices]

RECEIVED UNITED STATES MARSHAL
2008 MAY -6 PM 3:42
NORTHERN DIST. OF IL.
ADMINISTRATIVE SECTION

A TRUE COPY-ATTEST
MICHAEL W. DOBBINS, CLERK
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
DATE: 4/23/08

| | Courtroom Deputy Initials: | GDS |
|---|---|---|

Page 1 of 1



## THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

Clarence Shedd,

                Plaintiff,

vs.

1550 N. Lakeshore Condo Association,
Richard Condon,
Ruby Levy,
Janet Hope,
Thomas Engblom and
Fari Harandi

                Defendant.

08CV1913
JUDGE GETTLEMAN
MAG. JUDGE COX

JURY TRIAL DEMANDED

RECEIVED

APR 0 3 2008  T.C

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Apr 3, 2008

### COMPLAINT

Plaintiff, Clarence Shedd, complains of Defendant, 1550 North Lake Shore Drive Condominium Association, as follows:

**Nature of the Case:**
1. Racial discrimination and Retaliation in violation of 42 U.S.C. Sec. 1981

**The Parties:**
2. Plaintiff, Clarence Shedd, is a citizen of the United States and a resident of Cook County, Illinois, and for all times relevant to this Complaint was an employee of Defendant.
3. Defendant, 1550 N. Lakeshore Drive Condo Association, is a corporation conducting business in Cook County, Illinois, that Plaintiff performed services for in Cook County, Illinois, and is an employer within the meaning of 42 U.S.C. Sec. 1981.

**Jurisdiction and Venue:**
4. This court has jurisdiction over Defendant pursuant to 42 U.S.C.S. §2000e(f) and 28 U.S.C.S. §§ 1331 and 1343(4).
5. Venue is proper pursuant to 28 U.S.C.S. §1391(b) because the unlawful employment practices alleged herein occurred in Cook County, Illinois, which is within this Court's division of the U.S. District Court, Northern District of Illinois.

1

**Procedural History:**
6. On June 19, 2001. Plaintiff filed a Charge of Discrimination with the City of Chicago Commission on Human Relations
7. On November 19, 2003. Plaintiff filed an additional charge of retaliation with the Commission.
8. Plaintiff satisfied all conditions precedent to filing this action.

**Plaintiff's Employment with Defendant:**

9. Defendant hired Mr. Shed as a garage manager in August 1997.
10. In June 2001. Mr. Shedd filed a complaint of racial harassment with the Chicago Commission on Human Relations..
11. In November 2003. Mr. Shedd filed an additional retaliation complaint with the same agency..
12. In late March 2004. Mr. Shedd took a medical leave of absence and had surgery for colon cancer.
13. In late April 2004 upon Mr. Shedd's return to work there was a new property manager Janet Hope.
14. The new property manager Ms. Hope continued the harassment by accusing Mr. Shedd of pocketing money and allowing people to park without paying.
15. Ms. Hope refused to pay Mr. Shedd according to the agreement which was established since his date of hire.
16. Mr. Shedd was paid a bonus rate. Before going on medical leave of absence Mr. Shedd was being paid 18.40 per hour (the union rate 14.40 per hour plus a bonus of 4.00 per hour) for 80 hours each pay period. When he worked overtime he earned time and a half at the base rate of 14.40
17. In May 2004 Mr. Shedd's sister passed away from colon cancer
18. In July 2004 Mr. Shedd took time off for a family memorial
19. On July 27, 2004 Mr. Shedd was called into a meeting with Ms. Hope(property manager), Mr. Condon( Board president ) Ms. Levy (Board vice pres.) Mary Wolf ( Senior vice president of Sudler property management) and another Sudler representative whose name he did not catch. Ms. Hope asked Mr. Shedd why she could not park her car on the first floor. Mr. Shedd responded that it was the policy of the condo association that no employee was to park on the first floor. Mr. Condon retorted that Ms. Hope was not an employee. Then, the other Sudler representative asked for proof of Mr.Shedd's compensation agreement. When he indicated it had been a handshake agreement , the Sudler representative announced that if it wasn't in writing it wasn't enforceable. Ms. Hope stated that it would be impossible for the two of them to work together. Feeling attacked and sensing that his termination was imminent , Mr. Shedd rose from his seat and walked out of the office and out of the building.

2

**Count One: Racial discrimination and Retaliation**

20. Based upon the foregoing, Defendant violated Racial discrimination and Retaliation, 42 U.S.C. Sec 1981 Equal Rights under the law.

***Wherefore,*** Plaintiff prays for the following relief:

A. That the Court enter a judgment in his favor and against Defendant; and that the Court order Defendant to reinstate Plaintiff and reimburse him for all back pay other benefits that he would have received but for Defendant's conduct;

B. That the Court award Plaintiff reinstatement, or "front-pay" in lieu of reinstatement in the amount sufficient to compensate him for earnings he would have received but for Defendant's conduct;

C. That the Court award Plaintiff any and all compensatory damages to which he may be entitled;

D. That the Court award Plaintiff any and all punitive damages to which he may be entitled;

E. That the Court award prejudgment interest on any and all damages to which the Court finds that Plaintiff is entitled;

F. That the Court award reasonable attorneys fees and costs, and

G. That the Court award Plaintiff any and all other relief as this Court sees fit.

H. Plaintiff requests trial by jury.

                                                      Respectfully submitted,
                                                      Clarence Shedd,
                                                          Plaintiff.

By: _____
      Pro Se

Clarence Shedd
1010 W. 18th Street
Broadview, Illinois 60155
(708) 343-6844
cscvillests@aol.com

# MAPQUEST

**A: 219 S Dearborn St, Chicago, IL 60604-1702**

| | | |
|---|---|---|
| **START** | 1: Start out going NORTH on S DEARBORN ST toward W ADAMS ST. | 0.0 mi |
| | 2: Turn LEFT onto W ADAMS ST. | 0.1 mi |
| | 3: Turn LEFT onto S CLARK ST. | 0.3 mi |
| | 4: Turn RIGHT onto W CONGRESS PKWY. | 0.3 mi |
| **WEST 290** | 5: W CONGRESS PKWY becomes I-290 W/EISENHOWER EXPY W. | 0.2 mi |
| **EAST 94** | 6: Merge onto I-94 E/DAN RYAN EXPY E toward INDIANA. | 9.0 mi |
| **EXIT** | 7: Take EXIT 60C toward 79TH ST. | 0.3 mi |
| | 8: Keep RIGHT at the fork in the ramp. | 0.1 mi |
| | 9: Stay STRAIGHT to go onto S LAFAYETTE AVE. | 0.0 mi |
| | 10: Turn RIGHT onto W 79TH ST. | 4.0 mi |
| | 11: Turn SLIGHT LEFT onto W COLUMBUS AVE. | 1.4 mi |
| | 12: Turn SLIGHT LEFT onto S PULASKI RD. | 1.3 mi |
| | 13: Turn RIGHT onto W 97TH ST. | 0.2 mi |
| **END** | 14: End at 4149 W 97th St Oak Lawn, IL 60453-3294 | |

Estimated Time: 31 minutes    Estimated Distance: 17.24 miles

**B: 4149 W 97th St, Oak Lawn, IL 60453-3294**

Total Time: 31 minutes    Total Distance: 17.24 miles



All rights reserved. Use subject to License/Copyright  Map Legend
Directions and maps are informational only. We make no warranties on the accuracy of their content, road conditions or route usability or expeditiousness. You assume all risk of use. MapQuest and its suppliers shall not be liable to you for any loss or delay resulting from your use of MapQuest. Your use of MapQuest means you agree to our Terms of Use





**A: 219 S Dearborn St, Chicago, IL 60604-1702**

| | | |
|---|---|---|
| START | 1: Start out going NORTH on S DEARBORN ST toward W ADAMS ST. | 0.0 mi |
| ← | 2: Turn LEFT onto W ADAMS ST. | 0.1 mi |
| ◆ | 3: Turn LEFT onto S CLARK ST. | 0.3 mi |
| ◆ | 4: Turn RIGHT onto W CONGRESS PKWY. | 0.3 mi |
| 290 | 5: W CONGRESS PKWY becomes I-290 W/EISENHOWER EXPY W. | 0.2 mi |
| 94 | 6: Merge onto I-94 E/DAN RYAN EXPY E toward INDIANA. | 11.5 mi |
| 57 | 7: Merge onto I-57 S via EXIT 63 toward MEMPHIS. | 0.9 mi |
| EXIT | 8: Take EXIT 357 toward IL-1/HALSTED ST. | 0.2 mi |
| ◆ | 9: Turn SLIGHT LEFT onto W 98TH PL. | 0.1 mi |
| 1 | 10: Turn LEFT onto S HALSTED ST/IL-1 S. | 0.6 mi |
| → | 11: Turn RIGHT onto W 103RD ST. | 3.1 mi |
| → | 12: Turn RIGHT onto S SPAULDING AVE. | 0.3 mi |
| END | 13: End at 10051 S Spaulding Ave Evergreen Park, IL 60805-3444 | |

Estimated Time: 31 minutes    Estimated Distance: 17.68 miles

**B: 10051 S Spaulding Ave, Evergreen Park, IL 60805-3444**

Total Time: 31 minutes    Total Distance: 17.68 miles



All rights reserved. Use subject to License/Copyright  Map Legend
Directions and maps are informational only. We make no warranties on the accuracy of their content, road conditions or route usability or expeditiousness. You assume all risk of use. MapQuest and its suppliers shall not be liable to you for any loss or delay resulting from your use of MapQuest. Your use of MapQuest means you agree to our Terms of Use