*HHN*

THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**

AUG 1 1 2008

Judge Robert W. Gettleman
United States District Court

**Clarence Shedd,**

      **Plaintiff,**

vs.

**1550 N. Lakeshore Condo Association,
Richard Condon,
Ruby Levy,
Janet Hope,
Thomas Engblom and
Fari Harandi**

      **Defendants.**

08 CV 1913

JUDGE ROBERT W. GETTLEMAN

MAGISTRATE JUDGE COX

JURY TRIAL DEMANDED

## MOTION FOR LEAVE TO FILE A SUR-REPLY

 Now Comes Plaintiff, Clarence Shedd (Pro Se) requesting that this court grant leave to file sur-reply, it is necessary because Defendant misstated the law in it's last brief.

          Respectfully Submitted,
          Clarence Shedd (Pro Se)
          Plaintiff

Clarence Shedd
1010 w. 18th Street
Broadview Il 60155
(708)334-6844
cscvillests@aol.com

*/s/ Clarence Shedd*