HHN

THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**

AUG 1 1 2008

Clarence Shedd,

        Plaintiff,

Judge Robert W. Gettleman
United States District Court

vs.

1550 N. Lakeshore Condo Association,
Richard Condon,
Ruby Levy,
Janet Hope,
Thomas Engblom and
Fari Harandi

08 CV 1913

JUDGE ROBERT W. GETTLEMAN

MAGISTRATE JUDGE COX

JURY TRIAL DEMANDED

        Defendants.

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Thursday, August 14, 2008, at 9: 15 a.m., or as soon there after Clarence Shedd (Pro Se) may be heard, the Plaintiff will appear before Judge Robert W. Gettleman or any other Judge sitting in his place, at the United States District Courthouse, 219 South Dearborn Street, Room 1703, Chicago, Illinois, and then and there present the accompanying, **MOTION SUR-REPLY TO DEFENDANT MOTION TO DISMISS PLAINTIFF'S COMPLAINT**, a copy of which is hereby being served upon you.

Clarence Shedd (Pro Se)

_/s/ Clarence Shedd_

## PROOF OF SERVICE

I Clarence Shedd Plaintiff certify that I served **MOTION OF SUR-REPLY TO DEFENDANTS MOTION TO DISMISS PLAINTIFF'S COMPLAINT** via U.S. Mail, to parties of record on August 11, 2008.

Clarence Shedd (Pro Se)

_/s/ Clarence Shedd_

Clarence Shedd
1010 w. 18th Street
Broadview, Illinois 60155
(708)334-6844

1