Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1913 | **DATE** | 8/19/2008 |
| **CASE TITLE** | Clarence Shedd     vs     Lakeshore Condo Association | | |

**DOCKET ENTRY TEXT:**

Plaintiff's  motion [30] for leave to file a sur-reply brief  is granted.

[Docketing to mail  notice]

00:00

| | Courtroom Deputy | GDS |
|---|---|---|