



THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
Aug 19, 2008
AUG 1 9 2008

**Clarence Shedd,**

             Plaintiff,

vs.

**1550 N. Lakeshore Condo Association,
Richard Condon,
Ruby Levy,
Janet Hope,
Thomas Engblom and
Fari Harandi**

             Defendants.

Judge Robert W. Gettleman
United States District Court

08 CV 1913

JUDGE ROBERT W. GETTLEMAN

MAGISTRATE JUDGE COX

JURY TRIAL DEMANDED

### PLAINTIFF'S SUR-REPLY TO DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT

    Now comes the Plaintiff Clarence Shedd (Pro Se), with a Sur-reply to Defendant's last brief.

    The U.S. Supreme Court in Jones v. R.R. Donnelley that sec. 1981 discrimination claims have a 4-year statue of liminations. Jones v. R.R. Donnelley 541 U.S. 369 (2004). In May 2008, the U.S. Supreme Court ruled in CBOCS v. Humphries that sec. 1981 includes retaliation claims.(CBOCS v. Humphries, 128 S. Ct.1951 (2008).

    The first appellate court to decide the statue of limitations on sec. 1981 retaliation claims since reasoned that the statue of limitation is four years, not two years. (See attached Baker v. Birmingham Bd. of Educ., No 07-12349, 11th Cir., June 25, 2008). Defendant offered no arguments that can compete with the logic of Baker, and if this issue were to go to the U.S. Supreme Court, the Court will most likely adopt the 11th Circuit position. For these reasons, this court is urged to deny Defendant's motion to dismiss and rule that since the statue of limitations of sec. 1981 retaliation claims is four years, my claim under sec. 1981 were timely.

WHEREFORE, THE Plaintiff, Clarence Shedd (Pro Se), request that this Court deny Defendant's motion to dismiss Plaintiff's Complaint.

Respectfully submitted
Clarence Shedd
Plaintiff (Pro Se)

Clarence Shedd
1010 w. 18th Street
Broadview Illinois 60155
(708) 334-6844

2